UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

**FILED**
July 17, 2012
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> DEBRA FIELDS, ) <br> ) <br> Defendant. ) | Case No. 2:12MJ00187-GGH-1 <br><br> ORDER FOR RELEASE OF <br> PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  DEBRA FIELDS , Case No.  2:12MJ00187-GGH-1 , Charge  18 USC § 157; and 1001 , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

　　__   Release on Personal Recognizance

　　__   Bail Posted in the Sum of $_____

　　　　__   Unsecured Appearance Bond

　　　　__   Appearance Bond with 10% Deposit

　　　　__   Appearance Bond with Surety

　　　　__   Corporate Surety Bail Bond

　　　　✔   (Other)         Pretrial conditions as stated on the record.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  July 17, 2012  at  2:00 pm  .

　　　　　　　　　　　　By   /s/ Gregory G. Hollows
　　　　　　　　　　　　　　　Gregory G. Hollows
　　　　　　　　　　　　　　　United States Magistrate Judge

Copy 5 - Court