1  BENJAMIN B. WAGNER
   United States Attorney
2  TODD A. PICKLES
   Assistant United States Attorneys
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
5

6  Attorneys for the United States of America

7

8                IN THE UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA, | CASE NO. 2:12-mj-0187 GGH |
12 |                Plaintiff,  | **STIPULATION AND ORDER TO RESET PRELIMINARY HEARING DATE** |
13 | v.                         |  |
14 | DEBRA FIELDS,              |  |
   | also known as DEBRA McCREE, |  |
15 |                Defendant.  |  |

17

18   The United States of America, through the undersigned, and defendant Debra Fields, through

19 her counsel of record, hereby stipulate and request that the Court reset the preliminary date in this

20 matter to August 7, 2012.

21   1.   Pursuant to Rule 5.1(c) of the Federal Rules of Criminal Procedure, the preliminary

22 hearing must be set no later than 21 days from the initial appearance when the defendant is not in

23 custody.

24   2.   Defendant made her initial appearance on July 17, 2012, and she was released with

25 conditions that day.

26   3.   Accordingly, under Rule 5.1(c), August 7, 2012 is and was an appropriate date to set

27 the preliminary hearing in this case in the first instance because the defendant was not in custody.

28

Stipulation and [Proposed] Order

1

4. Counsel for the United States has contacted the Federal Public Defender's Office, who represents Defendant. Defendant does not object to resetting the date due to the fact that she is not in custody.

5. The United States believes the above-captioned case is related to the *United States v. Michael McCree*, 2:12-mj-00186 GGH, in so far as the defendant in that case is the spouse of Defendant in this matter, and the allegations underlying the charges against Defendant in the criminal complaint are intertwined with the allegations underlying the charges against Mr. McCree in the criminal complaint in case no. 2:12-mj-00186 GGH.

6. The United States is concurrently submitting an ex parte request to reset Mr. McCree's preliminary date to August 7, 2012. To the extent that the Court denies that request, the parties request that the preliminary date in this matter remains a currently set on July 31, 2012.

For the foregoing reasons, and pursuant to Rule 5.1(c), the parties respectfully request that the preliminary hearing be reset for August 7, 2012 at 2:00 p.m.

IT IS SO STIPULATED.

DATED: July 24, 2012            BENJAMIN B. WAGNER
                                United States Attorney

                                 */s/ Todd Pickles*
                                TODD PICKLES
                                Assistant United States Attorney

DATED: July 24, 2012            DANIEL BRODERICK
                                Federal Public Defender

                                 */s/ Todd Pickles for*
                                MATTHEW SCOBLE
                                Assistant Public Defender

**ORDER**

For good cause shown, IT IS HEREBY ORDERED THAT:

The preliminary hearing in the above-captioned case is reset for August 7, 2012 at 2:00 p.m.

IT IS SO ORDERED.

**Date: 7/24/2012**

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Stipulation and [Proposed] Order

3