JOSEPH SCHLESINGER, Bar #87692
Acting Federal Defender
MATTHEW M. SCOBLE, Bar #237432
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
DEBRA FIELDS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. CR.S-12-280-TLN |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **STIPULATION AND ORDER** |
| v. | ) | **CONTINUING STATUS CONFERENCE** |
| | ) | **AND EXCLUDING TIME** |
| DEBRA FIELDS, | ) | |
| | ) | Date: June 13, 2013 |
| Defendant. | ) | Time: 9:30 a.m. |
| _____ | ) | Judge: Hon. Troy L. Nunley |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, TODD PICKLES, Assistant United States Attorney, attorney for Plaintiff, and MATTHEW SCOBLE, attorney for DEBRA FIELDS, that the status conference hearing date of May 8, 2013 be vacated, and the matter be set for status conference on June 13, 2013 at 9:30 a.m.

Due to the reassignment of this case to the Honorable Troy L. Nunley, the court has requested the parties find a mutually agreeable date for status conference.  The parties have met and conferred; June 13, 2013, is the earliest mutually convenient date.

Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of

this order through and including June 13, 2013 pursuant to 18 U.S.C. §3161(h)(7)(A) and (B)(iv)[reasonable time to prepare] and Local Code T4 based upon continuity of counsel and defense preparation.

DATED:  May 14, 2013.                    Respectfully submitted,

                                         JOSEPH SCHLESINGER
                                         Acting Federal Public Defender


                                         /s/ Matthew Scoble
                                         MATTHEW SCOBLE
                                         Designated Counsel for Service
                                         Attorney for DEBRA FIELDS


DATED:  May 14, 2013.                    BENJAMIN WAGNER
                                         United States Attorney


                                         /s/ Matthew Scoble for
                                         TODD PICKLES
                                         Assistant U.S. Attorney
                                         Attorney for Plaintiff


**ORDER**

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the May 8, 2013, status conference hearing be continued to June 13, 2013, at 9:30 a.m.  Based on the representation of defense counsel and good cause appearing there from, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  It is ordered that time up to and including the June 13, 2013 status

1  conference shall be excluded from computation of time within which the
2  trial of this matter must be commenced under the Speedy Trial Act
3  pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4,
4  to allow defense counsel reasonable time to prepare.

6  Dated: May 14, 2013

Troy L. Nunley
United States District Judge

3