```
HEATHER E. WILLIAMS, Bar #122664
Federal Defender
MATTHEW M. SCOBLE, Bar #237432
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
DEBRA FIELDS
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR.S-12-280-TLN |
| | ) | |
| Plaintiff, | ) | |
| | ) | **STIPULATION AND ORDER** |
| v. | ) | **CONTINUING STATUS CONFERENCE** |
| | ) | **AND EXCLUDING TIME** |
| DEBRA FIELDS, | ) | |
| | ) | Date: July 11, 2013 |
| Defendant. | ) | Time: 9:30 a.m. |
| _____ | ) | Judge: Hon. Troy L. Nunley |

   IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, TODD PICKLES, Assistant United States Attorney, attorney for Plaintiff, and MATTHEW SCOBLE, attorney for DEBRA FIELDS, that the status conference hearing date of June 13, 2013 be vacated, and the matter be set for status conference on July 11, 2013 at 9:30 a.m.

   The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, as well as continue negotiations toward resolving the case.

   Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including July 11, 2013 pursuant to 18 U.S.C.

1  §3161(h)(7)(A)and (B)(iv)[reasonable time to prepare] and Local Code
2  T4 based upon continuity of counsel and defense preparation.

3
4  DATED: June 11, 2013.                    Respectfully submitted,

                                            HEATHER E. WILLIAMS
5                                           Federal Public Defender

6

7                                           /s/ Matthew Scoble
                                            MATTHEW SCOBLE
8                                           Designated Counsel for Service
                                            Attorney for DEBRA FIELDS
9

10 DATED: June 11, 2013.                    BENJAMIN WAGNER
                                            United States Attorney
11

12
                                            /s/ Matthew Scoble for
13                                          TODD PICKLES
                                            Assistant U.S. Attorney
14                                          Attorney for Plaintiff

15

16

17                                **ORDER**

18    UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is
19 ordered that the June 13, 2013, status conference hearing be continued
20 to July 11, 2013, at 9:30 a.m.  Based on the representation of defense
21 counsel and good cause appearing there from, the Court hereby finds
22 that the failure to grant a continuance in this case would deny defense
23 counsel reasonable time necessary for effective preparation, taking
24 into account the exercise of due diligence.  The Court finds that the
25 ends of justice to be served by granting a continuance outweigh the
26 best interests of the public and the defendant in a speedy trial.  It
27 is ordered that time up to and including the July 11, 2013 status
28 conference shall be excluded from computation of time within which the

2

trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

DATED: June 11, 2013

                                         Troy L. Nunley
                                         United States District Judge