1  HEATHER E. WILLIAMS, Bar #122664
   Federal Defender
2  MATTHEW M. SCOBLE, Bar #237432
   Designated Counsel for Service
3  801 I Street, 3rd Floor
   Sacramento, California  95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   DEBRA FIELDS

                   IN THE UNITED STATES DISTRICT COURT

                 FOR THE EASTERN DISTRICT OF CALIFORNIA


   UNITED STATES OF AMERICA,      ) NO. CR. S-12-280-TLN
                                  )
              Plaintiff,          )
                                  )   **STIPULATION AND ORDER**
       v.                         ) **CONTINUING STATUS CONFERENCE**
                                  )     **AND EXCLUDING TIME**
   DEBRA FIELDS,                  )
                                  ) Date: August 8, 2013
              Defendant.          ) Time: 9:30 a.m.
   _____) Judge: Hon. Troy L. Nunley

        IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, TODD PICKLES, Assistant United States Attorney, attorney for Plaintiff, and MATTHEW SCOBLE, attorney for DEBRA FIELDS, that the status conference hearing date of July 11, 2013 be vacated, and the matter be set for status conference on August 8, 2013 at 9:30 a.m.

        The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, as well as continue negotiations toward resolving the case.

        Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including August 8, 2013 pursuant to 18 U.S.C.

§3161(h)(7)(A)and (B)(iv)[reasonable time to prepare] and Local Code T4 based upon continuity of counsel and defense preparation.

DATED: July 5, 2013.                    Respectfully submitted,

                                        HEATHER E. WILLIAMS
                                        Federal Public Defender


                                        /s/ Matthew Scoble
                                        MATTHEW SCOBLE
                                        Designated Counsel for Service
                                        Attorney for DEBRA FIELDS


DATED: July 5, 2013.                    BENJAMIN WAGNER
                                        United States Attorney


                                        /s/ Matthew Scoble for
                                        TODD PICKLES
                                        Assistant U.S. Attorney
                                        Attorney for Plaintiff


**ORDER**

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the July 11, 2013, status conference hearing be continued to August 8, 2013, at 9:30 a.m. Based on the representation of defense counsel and good cause appearing there from, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. It is ordered that time up to and including the August 8, 2013 status conference shall be excluded from computation of time within which the

1 trial of this matter must be commenced under the Speedy Trial Act
2 pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4,
3 to allow defense counsel reasonable time to prepare.
4 Dated: July 5, 2013

_____
Troy L. Nunley
United States District Judge