1   HEATHER E. WILLIAMS, Bar #122664
    Federal Defender
2   MATTHEW M. SCOBLE, Bar #237432
    Designated Counsel for Service
3   801 I Street, 3rd Floor
    Sacramento, California  95814
4   Telephone: (916) 498-5700

5   Attorney for Defendant
    DEBRA FIELDS

6

7                    IN THE UNITED STATES DISTRICT COURT

8                  FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10  UNITED STATES OF AMERICA,        )   NO. CR. S-12-280-TLN
                                     )
11                   Plaintiff,      )
                                     )   **STIPULATION AND ORDER**
12           v.                      )   **CONTINUING STATUS CONFERENCE**
                                     )   **AND EXCLUDING TIME**
13  DEBRA FIELDS,                    )
                                     )   Date:  October 10, 2013
14                   Defendant.      )   Time:  9:30 a.m.
    _____)   Judge: Hon. Troy L. Nunley
15

16          IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel,

17  TODD PICKLES, Assistant United States Attorney, attorney for Plaintiff, and MATTHEW SCOBLE,

18  attorney for DEBRA FIELDS, that the status conference hearing date of September 12, 2013 be vacated,

19  and the matter be set for status conference on October 10, 2013 at 9:30 a.m.

20          The reason for this continuance is to continue negotiations toward resolving the case.

21          Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be

22  excluded from the date of signing of this order through and including October 10, 2013 pursuant to 18

23  U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and Local Code T4 based upon continuity

24  of counsel and defense preparation.

25  / / /

26  / / /

27  / / /

28

1    DATED:  September 10, 2013                    Respectfully submitted,

2                                                 HEATHER E. WILLIAMS
                                                  Federal Public Defender
3

4                                                 /s/ Matthew Scoble
5                                                 MATTHEW SCOBLE
                                                  Designated Counsel for Service
6                                                 Attorney for DEBRA FIELDS

7
     DATED:  September 10, 2013                    BENJAMIN WAGNER
8                                                 United States Attorney

9

10                                                /s/ Matthew Scoble for
                                                  TODD PICKLES
11                                                Assistant U.S. Attorney
                                                  Attorney for Plaintiff
12

13                              ORDER

14          UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the September

15   12, 2013, status conference hearing be continued to October 3, 2013, at 9:30 a.m.  Based on the

16   representation of defense counsel and good cause appearing there from, the Court hereby finds that the

17   failure to grant a continuance in this case would deny defense counsel reasonable time necessary for

18   effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of

19   justice to be served by granting a continuance outweigh the best interests of the public and the defendant in

20   a speedy trial.  It is ordered that time up to and including the October 10, 2013 status conference shall be

21   excluded from computation of time within which the trial of this matter must be commenced under the

22   Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense

23   counsel reasonable time to prepare.

24   Dated: September 10, 2013

25

26

27                                                Troy L. Nunley
                                                  United States District Judge
28