1   HEATHER E. WILLIAMS, #122664
    Federal Defender
2   MATTHEW M. SCOBLE, #237432
    Assistant Federal Defender
3   801 I Street, 3rd Floor
    Sacramento, CA  95814
4   Tel: 916-498-5700/Fax 916-498-5710
    Matthew_scoble@fd.org
5
    Attorney for Defendant
6   DEBRA FIELDS

7

8                     IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          ) Case No.  2:12-cr-280 TLN
                                       )
12          Plaintiff,                 ) STIPULATION AND ORDER CONTINUING
                                       ) STATUS CONFERENCE AND EXCLUDING
13      vs.                            ) TIME
                                       )
14  DEBRA FIELDS,                      ) Date:   May 29, 2014
                                       ) Time: 9:30 a.m.
15          Defendant.                 ) Judge:  Hon. Troy L. Nunley
                                       )
16  _____)

17          IT IS HEREBY STIPULATED by and between the parties hereto through their

18  respective counsel, TODD PICKLES, Assistant United States Attorney, attorney for Plaintiff,

19  and MATTHEW SCOBLE, attorney for DEBRA FIELDS, that the status conference hearing

20  date of March 20, 2014 be vacated, and the matter be set for status conference on May 29, 2014

21  at 9:30 a.m.

22          Defense counsel and counsel for the United States are in regular communication

23  regarding a negotiated resolution.  The parties are continuing to try to reach a resolution short of

24  going to trial.  The additional time is requested to continue negotiations toward resolving the

25  case.

26          Based upon the foregoing, the parties agree that the time under the Speedy Trial Act

27  should be excluded from the date of signing of this order through and including May 29, 2014

28

1    pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and Local Code

2    T4 based upon continuity of counsel and defense preparation.

3

     Dated:  March 18, 2014                    Respectfully submitted,
4

5                                              HEATHER E. WILLIAMS
                                               Federal Defender
6

7                                              */s/ Matthew M. Scoble*
                                               MATTHEW M. SCOBLE
8                                              Assistant Federal Defender
                                               Attorney for Defendant
9                                              DEBRA FIELDS

10
     Dated:  March 18, 2014                    BENJAMIN WAGNER
11                                             United States Attorney

12
                                               */s/ Matthew M. Scoble for*
13                                             TODD PICKLES
                                               Assistant U.S. Attorney
14                                             Attorney for Plaintiff

15

16                                 **O R D E R**

17          Based on the reasons set forth in the stipulation of the parties filed on March 18, 2014,

18   and good cause appearing therefrom, the Court adopts the stipulation of the parties in its entirety.

19   IT IS HEREBY ORDERED that the status conference currently set for Thursday, March 20,

20   2014, be vacated and that a status conference be set for Thursday, May 29, 2014, at 9:30 a.m.

21   The Court finds that the ends of justice to be served by granting a continuance outweigh the best

22   interests of the public and the defendants in a speedy trial.   Accordingly, IT IS HEREBY

23   ORDERED that, for the reasons stated in the parties' March 18, 2014 stipulation, the time within

24   which the trial of this matter must be commenced under the Speedy Trial Act is excluded during

25   the time period of March 18, 2014, through and including May 29, 2014, pursuant to 18 U.S.C.

26   §3161(h)(7)(A) and (B)(iv) and Local Code T4.

27   ///

28   ///

1    Dated: March 18, 2014

2

3

4    _____

5    Troy L. Nunley
     United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28