HEATHER E. WILLIAMS, #122664
Federal Defender
MATTHEW M. SCOBLE, #237432
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
Matthew_Scoble@fd.org

Attorney for Defendant
DEBRA FIELDS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  2:12-cr-280 TLN |
| Plaintiff, | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME |
| vs. | |
| DEBRA FIELDS, | Date:   November 20, 2014 |
| Defendant. | Time: 9:30 a.m. |
| | Judge:  Hon. Troy L. Nunley |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, TODD PICKLES, Assistant United States Attorney, attorney for Plaintiff, and MATTHEW SCOBLE, attorney for DEBRA FIELDS, that the status conference hearing date of May 29, 2014 be vacated, and the matter be set for status conference on November 20, 2014 at 9:30 a.m.

Defense counsel and counsel for the United States are in regular communication regarding a negotiated resolution.  The parties are continuing to try to reach a resolution short of going to trial.  The additional time is requested to continue negotiations toward resolving the case.

Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including November 20,

2014 pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and Local Code T4 based upon continuity of counsel and defense preparation.

Dated:  May 22, 2014                    Respectfully submitted,

                                                HEATHER E. WILLIAMS
                                                Federal Defender

                                                */s/ Matthew M. Scoble*
                                                MATTHEW M. SCOBLE
                                                Assistant Federal Defender
                                                Attorney for Defendant
                                                DEBRA FIELDS

Dated:  May 22, 2014                    BENJAMIN WAGNER
                                                United States Attorney

                                                */s/ Matthew M. Scoble for*
                                                TODD PICKLES
                                                Assistant U.S. Attorney
                                                Attorney for Plaintiff

## O R D E R

Based on the reasons set forth in the stipulation of the parties filed on May 22, 2014, and good cause appearing therefrom, the Court adopts the stipulation of the parties in its entirety. IT IS HEREBY ORDERED that the status conference currently set for Thursday, May 29, 2014, be vacated and that a status conference be set for Thursday, November 20, 2014, at 9:30 a.m. The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendants in a speedy trial.  Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' May 22, 2014 stipulation, the time within which the trial of this matter must be commenced under the Speedy Trial Act is excluded during the time period of May 22, 2014, through and including November 20, 2014, pursuant to 18 U.S.C. §3161(h)(7)(A) and (B)(iv) and Local Code T4.

Dated: May 22, 2014

_____
Troy L. Nunley
United States District Judge