1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  MATTHEW M. SCOBLE, #237432
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, CA  95814
4  Tel: 916-498-5700/Fax 916-498-5710
   Matthew_Scoble@fd.org
5
   Attorney for Defendant
6  DEBRA FIELDS

7

8                  IN THE UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,         ) Case No.  2:12-cr-280 TLN
                                       )
12 |        Plaintiff,                 ) STIPULATION AND ORDER CONTINUING
                                       ) STATUS CONFERENCE AND EXCLUDING
13 |    vs.                            ) TIME
                                       )
14 | DEBRA FIELDS,                     ) Date:  January 8, 2015
                                       ) Time:  9:30 a.m.
15 |        Defendant.                 ) Judge:  Hon. Troy L. Nunley
                                       )
16 |_____    )

17        IT IS HEREBY STIPULATED by and between the parties hereto through their
18 respective counsel, TODD PICKLES, Assistant United States Attorney, attorney for Plaintiff,
19 and MATTHEW SCOBLE, attorney for DEBRA FIELDS, that the status conference hearing
20 date of November 20, 2014 be vacated, and the matter be set for status conference on January 8,
21 2015 at 9:30 a.m.
22        Defense counsel and counsel for the United States are in regular communication
23 regarding a negotiated resolution.  The parties are continuing to try to reach a resolution short of
24 going to trial. The additional time is requested to continue negotiations toward resolving the
25 case. Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should
26 be excluded from the date of signing of this order through and including January 8, 2015
27
28

Stipulation and Order to Continue Status Conference                 *U.S. v Fields, 2:12-cr-280 TLN*

pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and Local Code T4 based upon continuity of counsel and defense preparation.

Dated:  November 18, 2014              Respectfully submitted,

                                       HEATHER E. WILLIAMS
                                       Federal Defender


                                       */s/ Matthew M. Scoble*
                                       MATTHEW M. SCOBLE
                                       Assistant Federal Defender
                                       Attorney for Defendant
                                       DEBRA FIELDS

Dated: November 18, 2014               BENJAMIN WAGNER
                                       United States Attorney


                                       */s/ Matthew M. Scoble for*
                                       TODD PICKLES
                                       Assistant U.S. Attorney
                                       Attorney for Plaintiff

## O R D E R

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the November 20, 2014, status conference hearing be continued to January 8, 2015, at 9:30 a.m. Based on the representation of defense counsel and good cause appearing there from, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. It is ordered that time up to and including the January 8, 2015 status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

Dated:  November 18, 2014

                                       _____
                                       Troy L. Nunley
                                       United States District Judge