HEATHER E. WILLIAMS, #122664
Federal Defender
Matthew M. Scoble, #237432
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
matthew.scoble@fd.org

Attorney for Defendant
Debra Lynn Fields

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case № 2:12-cr-00280-TLN |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| v. | |
| DEBRA LYNN FIELDS, | DATE: March 5, 2015<br>TIME 9:30 a.m.<br>JUDGE: Hon. Troy L. Nunley |
| Defendant. | |

IT IS HEREBY STIPULATED by and between Benjamin Wagner, U.S. Attorney, through Todd Pickles, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Matthew M. Scoble, attorney for Debra Lynn Fields, that the status conference scheduled for January 8, 2015 be vacated and be continued to March 5, 2015 at 9:30 a.m.

Defense counsel requires additional time to review discovery with the defendant and pursue investigation, as well as continue negotiations toward a non-trial disposition. Additionally, defense counsel has a family emergency and will not be available on the presently set date. Further, counsel prefers this case not be reassigned and requests the continuance. Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded from this order's date through and including March 5, 2015,  pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based

upon continuity of counsel and defense preparation.

DATED: December 18, 2014

Respectfully submitted,
HEATHER E. WILLIAMS
Federal Defender

*/s/ Heather E. Williams for*
Matthew M. Scoble
Assistant Federal Defender
Attorney for Debra Lynn Fields

DATED: December 18, 2014

BENJAMIN B. WAGNER
United States Attorney

*/s/ by Heather E. Williams with consent*
Todd Pickles
Assistant U.S. Attorney
Attorney for Plaintiff

ORDER

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including March 5, 2015, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). **It is further ordered** the January 8, 2015 status conference shall be continued until March 5, 2015, at 9:30 a.m.

Dated:  December 18, 2014

Troy L. Nunley
United States District Judge

-2-