HEATHER E. WILLIAMS, #122664
Federal Defender
Matthew M. Scoble, #237432
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
matthew.scoble@fd.org

Attorney for Defendant
Debra Lynn Fields

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>Debra Lynn Fields,<br><br>Defendant. | Case No. 2:12-cr-00280-TLN<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE<br><br>DATE:     January 21, 2016<br>TIME      9:30 a.m.<br>JUDGE:    Hon. Troy L. Nunley |

IT IS HEREBY STIPULATED by and between Benjamin Wagner, U.S. Attorney, through Todd Pickles, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Matthew M. Scoble, attorney for Debra Lynn Fields, that the status conference scheduled for January 21, 2016 be vacated and be continued to April 7, 2016 at 9:30 a.m.

Defense counsel requires additional time to review discovery with the defendant and pursue investigation, as well as continue negotiations toward a non-trial disposition. Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded from this order's date through and including April 7, 2016, pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

/ / /

1   DATED: January 15, 2016                    Respectfully submitted,
                                               HEATHER E. WILLIAMS
2                                              Federal Defender

3                                              */s/ Matthew M. Scoble*
4                                              Matthew M. Scoble
                                               Assistant Federal Defender
5                                              Attorney for Debra Lynn Fields

6
    DATED: January 15, 2016                    BENJAMIN B. WAGNER
7                                              United States Attorney

8                                              */s/ Todd Pickles*
9                                              Todd Pickles
                                               Assistant U.S. Attorney
10                                             Attorney for Plaintiff

11

12                                  <u>ORDER</u>

13          IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties'

14   stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as

15   its order. The Court specifically finds the failure to grant a continuance in this case would deny

16   counsel reasonable time necessary for effective preparation, taking into account the exercise of

17   due diligence.  The Court finds the ends of justice are served by granting the requested

18   continuance and outweigh the best interests of the public and defendant in a speedy trial.

19          The Court orders the time from the date the parties stipulated, up to and including April

20   7, 2016, shall be excluded from computation of time within which the trial of this case must be

21   commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv)

22   [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). **It is further**

23   **ordered** the January 21, 2016 status conference shall be continued until April 7, 2016, at 9:30

24   a.m.

25   Dated: January 15, 2016

26                                              _____
27                                              Troy L. Nunley
                                               United States District Judge
28