1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  NOA OREN, #297100
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, CA 95814
4  Tel: 916-498-5700/Fax 916-498-5710
   Noa_oren@fd.org
5

6  Attorney for Defendant
   DEBRA LYNN FIELDS
7

8                    IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11 UNITED STATES OF AMERICA,           Case No. 2:12-cr-00280-TLN

12            Plaintiff,                STIPULATION AND ORDER
                                        TO CONTINUE STATUS CONFERENCE
13       v.

14 DEBRA LYNN FIELDS,                   DATE:    April 7, 2016
                                        TIME     9:30 a.m.
15            Defendant.                JUDGE:   Hon. Troy L. Nunley

16

17       IT IS HEREBY STIPULATED by and between Benjamin Wagner, U.S. Attorney,

18 through Todd Pickles, Assistant United States Attorney, attorney for Plaintiff, and Heather

19 Williams, Federal Defender, through Assistant Federal Defender Noa E. Oren, attorney for

20 Debra Lynn Fields, that the status conference scheduled for April 7, 2016 be vacated and be

21 continued to May 5, 2016 at 9:30 a.m.

22       Defense counsel is newly assigned to the case and requires additional time to review

23 discovery with the defendant and pursue investigation.

24       Based upon the foregoing, the parties agree time under the Speedy Trial Act should be

25 excluded from this order's date through and including May 5, 2016, pursuant to 18 U.S.C. §3161

26 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based

27 upon continuity of counsel and defense preparation.

28 ///

| | | |
|---|---|---|
| 1 | DATED: April 4, 2016 | Respectfully submitted, |
| 2 | | HEATHER E. WILLIAMS |
| | | Federal Defender |
| 3 | | |
| 4 | | */s/ Noa E. Oren* |
| | | NOA E. OREN |
| 5 | | Assistant Federal Defender |
| | | Attorney for Debra Lynn Fields |
| 6 | | |
| 7 | DATED: April 4, 2016 | BENJAMIN B. WAGNER |
| | | United States Attorney |
| 8 | | |
| 9 | | */s/ Todd Pickles* |
| | | TODD PICKLES |
| 10 | | Assistant U.S. Attorney |
| | | Attorney for Plaintiff |

ORDER

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including May 5, 2016, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). **It is further ordered** the April 7, 2016 status conference shall be continued until May 5, 2016, at 9:30 a.m.

Dated: April 4, 2016

_____
Troy L. Nunley
United States District Judge