| | |
|---|---|
| HEATHER E. WILLIAMS, #122664 | |
| Federal Defender | |
| NOA OREN, #297100 | |
| Assistant Federal Defender | |
| 801 I Street, 3rd Floor | |
| Sacramento, CA 95814 | |
| Tel: 916-498-5700/Fax 916-498-5710 | |
| Noa_oren@fd.org | |

Attorney for Defendant
DEBRA LYNN FIELDS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:12-cr-00280-TLN |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| v. | |
| DEBRA LYNN FIELDS, | DATE:  August 18, 2016 |
| Defendant. | TIME   9:30 a.m. |
| | JUDGE: Hon. Troy L. Nunley |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, Acting U.S. Attorney, through Todd Pickles, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Noa E. Oren, attorney for Debra Lynn Fields, that the status conference scheduled for August 18, 2016 be vacated and be continued to October 6, 2016 at 9:30 a.m.

Defense counsel requires additional time for defense preparation and to review discovery with the defendant.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded from this order's date through and including October 6, 2016, pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

/ / /

1  DATED: August 5, 2016                Respectfully submitted,
                                        HEATHER E. WILLIAMS
2                                       Federal Defender

3
                                        */s/ Noa E. Oren*
4                                       NOA E. OREN
                                        Assistant Federal Defender
5                                       Attorney for Debra Lynn Fields

6
   DATED: August 5, 2016                PHILLIP A. TALBERT
7                                       Acting United States Attorney

8
                                        */s/ Todd Pickles*
9                                       TODD PICKLES
                                        Assistant U.S. Attorney
10                                      Attorney for Plaintiff

ORDER

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including October 6, 2016, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). **It is further ordered** the August 18, 2016 status conference shall be continued until October 6, 2016, at 9:30 a.m.

Dated: August 5, 2016

_____
Troy L. Nunley
United States District Judge