1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  NOA OREN, #297100
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, CA  95814
4  Tel: 916-498-5700/Fax 916-498-5710
   Noa_oren@fd.org
5

6  Attorney for Defendant
   DEBRA LYNN FIELDS
7

8                     IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11  UNITED STATES OF AMERICA,              Case No. 2:12-cr-00280-TLN

12              Plaintiff,                 **STIPULATION AND ORDER**
                                           **TO CONTINUE STATUS CONFERENCE**
13       v.

14  DEBRA LYNN FIELDS,                     DATE:      November 10, 2016
                                           TIME       9:30 a.m.
15              Defendant.                 JUDGE:     Hon. Troy L. Nunley

16

17          IT IS HEREBY STIPULATED by and between Phillip A. Talbert, Acting U.S. Attorney,

18  through Todd Pickles, Assistant United States Attorney, attorney for Plaintiff, and Heather

19  Williams, Federal Defender, through Assistant Federal Defender Noa E. Oren, attorney for

20  Debra Lynn Fields, that the status conference scheduled for November 10, 2016 be vacated and

21  be continued to December 15, 2016 at 9:30 a.m.

22          Defense counsel  requires additional time for defense preparation and to review discovery

23  with the defendant.

24          Based upon the foregoing, the parties agree time under the Speedy Trial Act should be

25  excluded from this order's date through and including December 15, 2016, pursuant to 18 U.S.C.

26  §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4

27  based upon continuity of counsel and defense preparation.

28  / / /

1    DATED: November 3, 2016              Respectfully submitted,

2                                          HEATHER E. WILLIAMS
                                           Federal Defender
3
                                           */s/ Noa E. Oren*
4                                          NOA E. OREN
                                           Assistant Federal Defender
5                                          Attorney for Debra Lynn Fields

6
     DATED: November 3, 2016              PHILLIP A. TALBERT
7                                          Acting United States Attorney

8                                          */s/ Todd Pickles*
9                                          TODD PICKLES
                                           Assistant U.S. Attorney
10                                         Attorney for Plaintiff

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

ORDER

2
      IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties'

3
stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as

4
its order. The Court specifically finds the failure to grant a continuance in this case would deny

5
counsel reasonable time necessary for effective preparation, taking into account the exercise of

6
due diligence.  The Court finds the ends of justice are served by granting the requested

7
continuance and outweigh the best interests of the public and defendant in a speedy trial.

8
      The Court orders the time from the date the parties stipulated, up to and including

9
December 15, 2016, shall be excluded from computation of time within which the trial of this

10
case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A)

11
and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). **It**

12
**is further ordered** the November 10, 2016 status conference shall be continued until December

13
15, 2016, at 9:30 a.m.

14

15
Dated: November 3, 2016

16
Troy L. Nunley
United States District Judge

17

18

19

20

21

22

23

24

25

26

27

28