HEATHER E. WILLIAMS, #122664
Federal Defender
NOA OREN, #297100
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
Noa_oren@fd.org

Attorney for Defendant
DEBRA LYNN FIELDS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:12-cr-00280-TLN |
| Plaintiff, | **STIPULATION AND ORDER**<br>**TO CONTINUE STATUS CONFERENCE** |
| v. | |
| DEBRA LYNN FIELDS, | DATE:      December 15, 2016 |
| Defendant. | TIME       9:30 a.m.<br>JUDGE:    Hon. Troy L. Nunley |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, U.S. Attorney, through Todd Pickles, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Noa E. Oren, attorney for Debra Lynn Fields, that the status conference scheduled for December 15, 2016 be vacated and be continued to January 19, 2017 at 9:30 a.m.

Defense counsel  requires additional time for defense preparation and to review discovery with the defendant.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded from this order's date through and including January 19, 2017, pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

/ / /

1

DATED: December 5, 2016                    Respectfully submitted,

2                                          HEATHER E. WILLIAMS
                                           Federal Defender

3
                                           */s/ Noa E. Oren*
4                                          NOA E. OREN
                                           Assistant Federal Defender
5                                          Attorney for Debra Lynn Fields

6

7   DATED: December 5, 2016                PHILLIP A. TALBERT
                                           United States Attorney

8
                                           */s/ Todd Pickles*
9                                          TODD PICKLES
                                           Assistant U.S. Attorney
10                                         Attorney for Plaintiff

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

<u>ORDER</u>

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties'
stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as
its order. The Court specifically finds the failure to grant a continuance in this case would deny
counsel reasonable time necessary for effective preparation, taking into account the exercise of
due diligence.  The Court finds the ends of justice are served by granting the requested
continuance and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including
January 19, 2017, shall be excluded from computation of time within which the trial of this case
must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A)
and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). **It
is further ordered** the December 15, 2016 status conference shall be continued until January 19,
2017, at 9:30 a.m.

Dated: December 5, 2016

Troy L. Nunley
United States District Judge