HEATHER E. WILLIAMS, #122664
Federal Defender
NOA OREN, #297100
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
Noa_oren@fd.org

Attorney for Defendant
DEBRA LYNN FIELDS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DEBRA LYNN FIELDS,<br><br>　　　　　Defendant. | Case No. 2:12-cr-00280-TLN<br><br>**STIPULATION AND ORDER<br>TO CONTINUE STATUS CONFERENCE**<br><br>DATE:　　January 19, 2017<br>TIME　　　9:30 a.m.<br>JUDGE:　　Hon. Troy L. Nunley |

　　　IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States Attorney, through Todd Pickles, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Noa E. Oren, attorney for Debra Lynn Fields, that the status conference scheduled for January 19, 2017 be vacated and be continued to March 2, 2017 at 9:30 a.m.

　　　Defense counsel  requires additional time for defense preparation and to review discovery with the defendant.

　　　Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded from this order's date through and including March 2, 2017, pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

/ / /

| | | |
|---|---|---|
| 1 | DATED: January 17, 2017 | Respectfully submitted, |
| 2 | | HEATHER E. WILLIAMS |
| | | Federal Defender |
| 3 | | |
| 4 | | */s/ Noa E. Oren* |
| | | NOA E. OREN |
| 5 | | Assistant Federal Defender |
| | | Attorney for Debra Lynn Fields |
| 6 | | |
| 7 | DATED: January 17, 2017 | PHILLIP A. TALBERT |
| | | United States Attorney |
| 8 | | |
| 9 | | */s/ Todd Pickles* |
| | | TODD PICKLES |
| 10 | | Assistant U.S. Attorney |
| | | Attorney for Plaintiff |

# ORDER

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including March 2, 2017, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). **It is further ordered** the January 19, 2017 status conference shall be continued until March 2, 2017, at 9:30 a.m.

Dated: January 17, 2017

Troy L. Nunley
United States District Judge