| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | NOA OREN, #297100 |
| | Assistant Federal Defender |
| 3 | 801 I Street, 3rd Floor |
| | Sacramento, CA 95814 |
| 4 | Tel: 916-498-5700/Fax 916-498-5710 |
| | Noa_oren@fd.org |

Attorney for Defendant
DEBRA LYNN FIELDS

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:12-cr-280 TLN |
| Plaintiff, | STIPULATION TO CONTINUE TRIAL CONFIRMATION HEARING AND TRIAL; EXCLUDE TIME PERIODS UNDER SPEEDY TRIAL ACT; AND ORDER |
| v. | |
| DEBRA LYNN FIELDS, | Date: April 30, 2018 (Trial) |
| Defendant. | Time: 9:00 a.m. |
| | Judge: Hon. Troy L. Nunley |

**STIPULATION**

1.  This matter is presently set for a jury trial to commence on April 30, 2018, at 9:00 a.m., with a trial confirmation hearing set for March 22, 2018.

2.  By this stipulation, the parties jointly request that jury trial be continued to June 4, 2018 at 9:00 a.m. with a trial confirmation hearing set for May 3, 2018 at 9:30 a.m. The United States presently estimates no more than 3 days from the commencement of trial through the conclusion of its case-in-chief, including reasonable cross-examination. The defendant cumulatively estimates 2 days to complete the duration of the trial, including a defense case. Accordingly, the parties currently estimate approximately 5 court days for the complete trial. The parties will provide a revised estimate at or prior to the trial confirmation hearing.

3.  Further, the defendant moves to exclude time between April 30, 2018, and June 4, 2018,

under Local Code T4.

4. The parties agree and stipulate, and request that the Court find the following:

    a) The government has represented that the discovery associated with this case includes over 2200 pages of interview reports and documents obtained through the investigation. All of this discovery has been produced directly to defense counsel.

    b) Counsel for the defendant needs additional time to investigate the case, including to conduct legal research as to any potential defenses, to discuss the matter with her client, and to prepare the matter for trial.

    c) Additionally, counsel for the defendant continues to discuss a possible resolution, and will need additional time to review discovery and conduct research with respect to potential resolution.

    d) Counsel for defendant believes that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    e) The United States does not object to the continuance and the date set for trial in June 2018.

    f) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

    g) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of April 30, 2018 to June 4, 2018, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

5. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

DATED: February 16, 2018                     Respectfully submitted,
                                             HEATHER E. WILLIAMS
                                             Federal Defender

                                             */s/ Noa E. Oren*
                                             NOA E. OREN
                                             Assistant Federal Defender
                                             Attorney for DEBRA LYNN FIELDS


Dated: February 16, 2018                     McGREGOR W. SCOTT
                                             United States Attorney

                                             /s/ *Todd A. Pickles*
                                             TODD A. PICKLES
                                             Assistant United States Attorney

STIPULATION RE: TRIAL AND PRETRIAL DATES;
FINDINGS AND ORDER

3

**FINDINGS AND ORDER**

For the reasons stated in the parties' stipulation and good cause showing, the Court HEREBY ORDERS THAT:

1. The jury trial set for April 30, 2018 is hereby CONTINUED to June 4, 2018 at 9:00 a.m.

2. A trial confirmation hearing is set for May 3, 2018 at 9:30 a.m. The trial confirmation hearing previously set for March 22, 2018 is VACATED.

3. The time between April 30, 2018 and June 4, 2018 is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), B(iv) for the reasons set forth in the parties' stipulation, which is adopted in full.

IT IS SO FOUND AND ORDERED this 20th day of February, 2018.

Troy L. Nunley
United States District Judge