| | |
|---|---|
| 1 | McGREGOR W. SCOTT<br>United States Attorney |
| 2 | TODD A. PICKLES<br>Assistant United States Attorney |
| 3 | 501 I Street, Suite 10-100<br>Sacramento, CA 95814 |
| 4 | Telephone: (916) 554-2700<br>Facsimile: (916) 554-2900 |
| 5 | |
| 6 | Attorneys for Plaintiff<br>United States of America |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>    v.<br><br>DEBRA FIELDS,<br>      also known as Debra McCree,<br><br>                  Defendant. | CASE NO. 2:12-CR-00280 TLN<br><br>STIPULATION AND REQUEST TO VACATE TRIAL CONFIRMATION HEARING AND TRIAL DATES AND SET MATTER FOR STATUS HEARING AND REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: May 3, 2018<br>TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |

**STIPULATION AND REQUEST TO VACATE**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a trial confirmation hearing on May 3, 2018 and a trial commencing June 4, 2018.

2. The parties are discussing a final resolution to this matter. In order to permit the defendant adequate time to research and investigate the matter and discuss resolution with her client, including consideration of collateral matters, the parties by this stipulation jointly move to vacate the trial confirmation hearing and the trial dates. Further, by this stipulation, defendant now moves to set the matter for a status conference on June 14, 2018, and to exclude time between May 3, 2018, and June 14, 2018, under Local Code T4.

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

3. The parties agree and stipulate, and request that the Court find the following:

    a) The United States has produced discovery in this case and the parties are in discussions for a final resolution of this matter, which may avoid a trial.

    b) Counsel for defendant desires additional time to research and investigate the parameters of a final resolution, to discuss such matters with her client, and to research matters collateral to a final resolution.

    c) Counsel for defendant believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    d) The government does not object to the continuance.

    e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

    f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of May 3, 2018 to June 14, 2018, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: May 1, 2018

McGREGOR W. SCOTT
United States Attorney

*/s/ Todd A. Pickles*
TODD A. PICKLES
Assistant United States Attorney

Dated: May 1, 2018

HEATHER WILLIAMS
Federal Public Defender

*/s/ Todd A. Pickles for*
NOA OREN
Counsel for Defendant
DEBRA FIELDS

**FINDINGS AND ORDER**

The Court ADOPTS the parties stipulation and request. The trial confirmation hearing set for May 3, 2018 and the trial set to commence June 4, 2018 are hereby VACATED. This matter is set for a status hearing on June 14, 2018 at 9:30 a.m. The time period of May 3, 2018 to June 14, 2018, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] for the reasons stated in the parties' stipulation and the Court FINDS that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO FOUND AND ORDERED this 1st day of May, 2018.

Troy L. Nunley
United States District Judge

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

3