HEATHER E. WILLIAMS, #122664
Federal Defender
NOA OREN, #297100
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710
Noa_oren@fd.org

Attorney for Defendant
DEBRA LYNN FIELDS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DEBRA LYNN FIELDS,<br><br>Defendant. | Case No. 2:12-cr-280-TLN<br><br>**STIPULATION AND ORDER FOR CONTINUANCE OF STATUS CONFERENCE**<br><br>DATE: September 6, 2018<br>TIME 9:30 a.m.<br>JUDGE: Hon. Troy L. Nunley |

IT IS HEREBY STIPULATED by and between McGregor W. Scott, United States Attorney, through Todd Pickles, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Noa E. Oren, attorneys for Debra Lynn Fields, that the Status Conference scheduled for September 6, 2018 be vacated and be continued to October 18, 2018 at 9:30 a.m.

Counsel for defendant desires additional time to research and investigate the parameters of a final resolution. Counsel believes the failure to grant the requested continuance would deny her the reasonable time necessary for effective preparation and the exercise of due diligence.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded from the date of the parties stipulation through and including October 18, 2018, pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

Stipulation and Order to Continue Status Conf.    -1-

| | | |
|---|---|---|
| 1 | DATED: September 4, 2018 | Respectfully submitted, |
| 2 | | HEATHER E. WILLIAMS<br>Federal Defender |
| 3 | | |
| 4 | | */s/ Noa E. Oren*<br>NOA E. OREN |
| 5 | | Assistant Federal Defender<br>Attorney for Debra Lynn Fields |
| 6 | | |
| 7 | DATED: September 4, 2018 | MCGREGOR W. SCOTT<br>United States Attorney |
| 8 | | */s/ Todd Pickles* |
| 9 | | TODD PICKLES<br>Assistant United States Attorney |
| 10 | | Attorney for Plaintiff |

Stipulation and Order to Continue Status Conf.     -2-

# ORDER

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including October 18, 2018, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). **It is further ordered** the September 6, 2018 Status Conference shall be continued until October 18, 2018, at 9:30 a.m.

Dated: September 4, 2018

Troy L. Nunley
United States District Judge