McGREGOR W. SCOTT
United States Attorney
MIRIAM R. HINMAN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DEBRA FIELDS,<br><br>Defendant. | CASE NO. 2:12-CR-280-TLN<br><br>STIPULATION TO CONTINUE SENTENCING AND SET PSR SCHEDULE; ORDER<br><br>DATE: July 11, 2019<br>TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for Judgment and Sentencing on July 11, 2019.

2. By this stipulation, defendant now moves to continue the Judgment and Sentencing until August 22, 2019, and to set the following PSR schedule:

    a) June 21, 2019: Defendant must provide the completed PSR referral packet to Probation

    b) June 21, 2019: Defendant must complete her interview with Probation

    c) July 11, 2019: Draft Presentence Report

    d) July 25, 2019: Informal Objections to the Presentence Report

    e) August 1, 2019: Final Presentence Report

STIPULATION TO CONTINUE SENTENCING AND SET
PSR SCHEDULE

1

|   |   |   |   |
|---|---|---|---|
| 1 | | f) | August 8, 2019: Motions to Correct the Presentence Report |
| 2 | | g) | August 15, 2019: Replies or Statements of Non-Opposition and Sentencing Memoranda |
| 4 | | h) | August 22, 2019: Sentencing |

3. The defendant requests the continuance so that the defense can provide the Probation Office with information bearing on a final sentencing recommendation.

4. The government does not object to the proposed PSR and sentencing schedule.

IT IS SO STIPULATED.

Dated:  May 9, 2019

McGREGOR W. SCOTT
United States Attorney

/s/ MIRIAM R. HINMAN
MIRIAM R. HINMAN
Assistant United States Attorney

Dated:  May 10, 2019

/s/ NOA OREN
NOA OREN
Counsel for Defendant
Debra Fields

**ORDER**

IT IS SO ORDERED this 13th day of May, 2019.

Troy L. Nunley
United States District Judge