| | |
|---|---|
| 1<br>2<br>3<br>4<br>5 | MCGREGOR W. SCOTT<br>United States Attorney<br>MIRIAM R. HINMAN<br>Assistant United States Attorney<br>501 I Street, Suite 10-100<br>Sacramento, CA 95814<br>Telephone: (916) 554-2700<br>Facsimile: (916) 554-2900 |
| 6<br>7 | Attorneys for Plaintiff<br>United States of America |

## IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | | CASE NO. 2:12-CR-280-TLN |
| | Plaintiff, | STIPULATION TO CONTINUE SENTENCING AND SET PSR SCHEDULE; ORDER |
| v. | | DATE: August 22, 2019 |
| DEBRA FIELDS, | | TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |
| | Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.  By previous order, this matter was set for Judgment and Sentencing on August 22, 2019.

2.  By this stipulation, defendant now moves to continue the Judgment and Sentencing until September 26, 2019, at 9:30 a.m., and to set the following PSR schedule:

    a)  July 25, 2019: Defendant must provide the completed PSR referral packet to Probation

    b)  July 25, 2019: Defendant must complete her interview with Probation

    c)  August 15, 2019: Draft Presentence Report

    d)  August 29, 2019: Informal Objections to the Presentence Report

    e)  September 5, 2019: Final Presentence Report

STIPULATION TO CONTINUE SENTENCING AND SET
PSR SCHEDULE

1

    f)  September 12, 2019: Motions to Correct the Presentence Report

    g)  September 19, 2019: Replies or Statements of Non-Opposition and Sentencing Memoranda

    h)  September 26, 2019: Sentencing

  3. The defendant requests the continuance because the defense wishes to provide the Probation Office with information bearing on a final sentencing recommendation, but the defendant will be unavailable to meet with Probation between June 18 and July 9, 2019, due to a surgery scheduled on June 18.

  4. The government does not object to the proposed PSR and sentencing schedule.

  5. The government has informed the defense that it does not anticipate agreeing to a further continuance without a written statement from the defendant's doctor that she is physically unable to meet with Probation by July 25, 2019.

  IT IS SO STIPULATED.

Dated: June 13, 2019          McGREGOR W. SCOTT
                 United States Attorney

                 /s/ MIRIAM R. HINMAN
                 MIRIAM R. HINMAN
                 Assistant United States Attorney

Dated: June 13, 2019          /s/ NOA OREN
                 NOA OREN
                 Counsel for Defendant
                 Debra Fields

**ORDER**

  IT IS SO ORDERED this 13th day of June, 2019.

                 Troy L. Nunley
                 United States District Judge