| | |
|---|---|
| McGREGOR W. SCOTT<br>United States Attorney<br>MIRIAM R. HINMAN<br>Assistant United States Attorney<br>501 I Street, Suite 10-100<br>Sacramento, CA 95814<br>Telephone: (916) 554-2700<br>Facsimile: (916) 554-2900 | |

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>      v.<br><br>DEBRA FIELDS,<br><br>            Defendant. | CASE NO. 2:12-CR-280-TLN<br><br>STIPULATION TO CONTINUE SENTENCING AND SET PSR SCHEDULE; ORDER<br><br>DATE: September 26, 2019<br>TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for Judgment and Sentencing on September 26, 2019.

2. By this stipulation, defendant now moves to continue the Judgment and Sentencing until October 24, 2019, at 9:30 a.m., and to set the following PSR schedule:

   a) August 22, 2019: Defendant must provide the completed PSR referral packet to Probation

   b) August 22, 2019: Defendant must complete her interview with Probation

   c) September 12, 2019: Draft Presentence Report

   d) September 26, 2019: Informal Objections to the Presentence Report

STIPULATION TO CONTINUE SENTENCING AND SET
PSR SCHEDULE

1

e) October 3, 2019: Final Presentence Report

f) October 10, 2019: Motions to Correct the Presentence Report

g) October 17, 2019: Replies or Statements of Non-Opposition and Sentencing Memoranda

h) October 24, 2019: Sentencing

3. The defendant requests the continuance because the defense wishes to provide the Probation Office with information bearing on a final sentencing recommendation. The defendant's activities are restricted by a doctor through August 6, 2019, due to a surgery on June 18, 2019.

4. The government does not object to the proposed PSR and sentencing schedule.

5. In light of the fact that this continuance will result in a total of nine months of continuances, the government has informed the defense that it does not anticipate agreeing to a further continuance without a statement from the defendant's doctor showing why a continuance is necessary.

IT IS SO STIPULATED.

Dated: July 9, 2019

M<small>C</small>GREGOR W. SCOTT
United States Attorney

/s/ MIRIAM R. HINMAN
MIRIAM R. HINMAN
Assistant United States Attorney

Dated: July 9, 2019

/s/ NOA OREN
NOA OREN
Counsel for Defendant
Debra Fields

**ORDER**

IT IS SO ORDERED this 10<small>th</small> day of July, 2019.

Troy L. Nunley
United States District Judge