McGREGOR W. SCOTT
United States Attorney
MIRIAM R. HINMAN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> DEBRA FIELDS, <br><br> Defendant. | CASE NO. 2:12-CR-280-TLN <br><br> STIPULATION TO CONTINUE SENTENCING AND SET PSR SCHEDULE; ORDER <br><br> DATE: October 24, 2019 <br> TIME: 9:30 a.m. <br> COURT: Hon. Troy L. Nunley |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for Judgment and Sentencing on October 24, 2019.

2. By this stipulation, defendant now moves to continue the Judgment and Sentencing until November 14, 2019, at 9:30 a.m., and to set the following PSR schedule:

    a) September 12, 2019: Defendant must provide the completed PSR referral packet to Probation

    b) September 12, 2019: Defendant must complete her interview with Probation

    c) October 3, 2019: Draft Presentence Report

    d) October 17, 2019: Informal Objections to the Presentence Report

    e) October 24, 2019: Final Presentence Report

    f)  October 31, 2019: Motions to Correct the Presentence Report

    g)  November 7, 2019: Replies or Statements of Non-Opposition and Sentencing Memoranda

    h)  November 14, 2019: Sentencing

  3.  The defendant requests the continuance because the defense wishes to provide the Probation Office with information bearing on a final sentencing recommendation. The defendant's activities are restricted by a doctor through September 5, 2019, due to a surgery on June 18, 2019.

  4.  The government does not object to the proposed PSR and sentencing schedule.

IT IS SO STIPULATED.

Dated: August 20, 2019          McGREGOR W. SCOTT
                     United States Attorney

                     /s/ MIRIAM R. HINMAN
                     MIRIAM R. HINMAN
                     Assistant United States Attorney

Dated: August 20, 2019           /s/ NOA OREN
                     NOA OREN
                     Counsel for Defendant
                     Debra Fields

**ORDER**

IT IS SO ORDERED this 20th day of August, 2019.

                     Troy L. Nunley
                     United States District Judge