IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 2:12-cr-280 TLN |
|---|---|---|
| Plaintiff, | ) ) | ORDER TO SEAL ATTACHMENT A TO DEFENDANT'S MOTION TO CONTINUE JUDGMENT & SENTENCING |
| vs. | ) ) | |
| DEBRA FIELDS, | ) ) | |
| Defendant. | ) ) ) | |

**IT IS HEREBY ORDERED** that the Request to Seal Exhibit A to Defendant's Motion to Continue Judgment and Sentencing (Dkt. 123) be granted so that the medical information is not available on the public docket. The Motion and its Exhibit A are to be provided to the Court and Assistant United States Attorney Miriam Hinman.

These documents shall remain under seal until further Order of the Court.

Dated: October 24, 2019

_____
Troy L. Nunley
United States District Judge

Order -1-