HEATHER E. WILLIAMS, #122664
Federal Defender
NOA OREN, #297100
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700

Attorneys for Defendant
DEBRA FIELDS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 2:12-cr-00280-TLN |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER FOR MOTION BRIEFING SCHEDULE AND HEARING DATE |
| v. | ) |
| DEBRA FIELDS, | ) Date: December 19, 2019 |
| Defendant. | ) Time: 9:30 a.m. |
| | ) Judge: Hon. Troy L. Nunley |

The parties, through undersigned counsel, hereby jointly stipulate and request that the court set a hearing on December 19, 2019, for the motion to continue judgment and sentencing to be filed by the defense on November 26, 2019.

The parties further agree to and request the following briefing schedule:

December 6, 2019: Government's opposition or statement of non-opposition due

December 13, 2019: Defendant's reply to government's opposition due

Respectfully submitted,

Dated: November 25, 2019        HEATHER E. WILLIAMS
                                Federal Defender

                                /s/ *Noa Oren*
                                NOA OREN
                                Assistant Federal Defender
                                Attorney for Defendant
                                DEBRA FIELDS

-1-

Dated: November 25, 2019

McGREGOR W. SCOTT
United States Attorney

*/s/ Miriam Hinman*
MIRIAM HINMAN
Assistant U.S. Attorney
Attorney for Plaintiff

**<u>ORDER</u>**

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as its order.

The Court orders the government to file an opposition or statement of non-opposition to the motion to continue on or before December 6, 2019. The Court orders the defendant to file a reply to the government's opposition on or before December 13, 2019. The Court orders that the matter is set for a motion hearing on December 19, 2019, at 9:30 a.m.

Dated: November 25, 2019

Troy L. Nunley
United States District Judge