HEATHER E. WILLIAMS, #122664
Federal Defender
NOA E. OREN, #297100
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710
noa_oren@fd.org

Attorney for Defendant
DEBRA FIELDS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:12-cr-280 TLN |
|---|---|
| Plaintiff, | ORDER TO SEAL DEBRA FIELDS' MEDICAL RECORDS |
| vs. | |
| DEBRA FIELDS, | |
| Defendant. | |

**IT IS HEREBY ORDERED** that the Request to Seal Ms. Debra Fields' Medical Records be granted so that the medical information is not available on the public docket. The records are to be provided to the Court and opposing counsel.

These documents shall remain under seal until further Order of the Court.

Dated: January 16, 2020

_____
Troy L. Nunley
United States District Judge

Order  -1-